In the Matter of MOVIELAB, INC., Petitioner, v. JOSEPH H. MURPHY, et al., Constituting the State Tax Commission, Respondent.— STALEY, JR., J.

618

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.